990

No. 80–6388.  HAMMOND v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 80–6392.  McCRARY v. MINER ET AL.  C. A. 2d Cir. Certiorari denied.

No. 80–6393.  BRISBON v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 80–6394.  WILLIAMS v. MISSOURI.  C. A. 8th Cir. Certiorari denied.

No. 80–6399.  LYNCH v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 80–6400.  BONNETT v. SOLEM, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 80–6405.  DE ANDA v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 80–6409.  ROBINSON v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 80–6410.  FREE v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 80–6411.  FRIEDMAN v. FAIRHILL HOSPITAL.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 80–6412.  MARTIN v. FAUVER, CORRECTION COMMISSIONER, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 80–6414.  FIELDS v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.